# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 23, 2016

153921

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

MICHIGAN COMMERCE BANK, f/k/a
PORTAGE COMMERCE BANK,
     Plaintiff/
     Counterdefendant-Appellee,

v

                                   SC: 153921
                                   COA: 325299
                                   Kalamazoo CC: 2013-000266-CK

T.A. SCOTT CONSTRUCTION, INC., THOMAS
SCOTT, DEANNE SCOTT, and PARKWEST
DEVELOPMENT OF SCHOOLCRAFT, LLC,
     Defendants/
     Counterplaintiffs-Appellants.

_____/

     On order of the Court, the stipulation signed by counsel for the parties agreeing to the dismissal of this application for leave to appeal is considered, and the application for leave to appeal is DISMISSED with prejudice and without costs.



     I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 23, 2016



t1122

                                     Clerk